UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN RENEE CRAVINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:12CV02097 RWS |
| | ) | |
| COUNTY OF ST. LOUIS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that petitioner shall supplement her petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 with the following information within fourteen (14) days from the date of this Order:

- Docket Number of the pending criminal case for which you are a waiting trial on criminal charges.

Dated this  10th   day of December, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE