# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KAREN RENEE CRAVINS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> HERBERT L. BERNSEN, ) <br> ) <br> Respondent. ) | No. 4:12CV2097 RWS |

## MEMORANDUM AND ORDER

This matter is on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is a pretrial detainee at the St. Louis County Justice Center. Petitioner believes that her detention is unlawful because, she alleges, the grand jury indictment has not been endorsed and she has not yet had her charges read to her by a judge.

The state court proceedings in question are State v. Cravins, 12SL-CR004880-01 (St. Louis County Cir. Ct.). The court records reflect that petitioner is represented by counsel, that petitioner was arraigned on August 22, 2012, and that several pretrial conferences have been held. The Court finds that the grounds raised by petitioner do not warrant pretrial federal habeas relief, but can be raised by petitioner's state criminal lawyer in pretrial proceedings, at trial, or on appeal as may be appropriate. As a result, the petition is denied under 28 U.S.C. § 2254, Rule 4.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that all other motions are **MOOT**.

An Order of Dismissal will be filed with this Memorandum and Order.

Dated this __11th__ day of December, 2012.

                                          RODNEY W. SIPPEL
                                          UNITED STATES DISTRICT JUDGE